UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                            Case No. 8:09-cv-1361-T-23EAJ

M. RUSSELL, L.L.C.,

    Defendant.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636, a June 30, 2010, order (Doc. 27) refers the plaintiff's motion (Doc. 26) for attorney's fees to Magistrate Judge Elizabeth A. Jenkins. On July 29, 2010, Judge Jenkins issued a report (Doc. 30) that recommends granting the plaintiff's motion. Neither party files a timely objection to the report and recommendation. Accordingly, the report and recommendation (Doc. 30) is **ADOPTED**, and the plaintiff's motion (Doc. 26) is **GRANTED**. The Clerk is directed to enter a judgment in favor of the plaintiff and against the defendant in the amount of **$8,382.50**, which amount consists of $5,700.00 in attorney's fees; $370.00 in costs; and $2,312.50 in expert's fees.

ORDERED in Tampa, Florida, on August 18, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE